IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01582-PSF-MEH

SIMPSON HOUSING LLLP, a Delaware limited liability limited partnership;
SHLP HOLDINGS LLLP, f/k/a Simpson Housing Limited Partnership, L.L.L.P.,
  f/k/a Simpson Housing Limited Partnership, a Colorado limited liability limited
  partnership;
MOCKINGBIRD STATION PARTNERS, L.P., a Texas limited partnership; and
SIMPSON TEXAS FINANCING LIMITED PARTNERSHIP, a Texas limited partnership,

    Plaintiffs,

v.

UNDERWRITERS AT LLOYD'S, LONDON, Syndicate No. 623,
  a Colorado approved non-admitted insurere; and
BEAZLEY FURLONGE, LTD, an underwriter at Lloyd's London,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 30, 2007.**

　　　　For good cause shown, the Defendants' Unopposed Motion to Amend Scheduling Order to Extend Deadline to Join Parties and Amend Pleadings [Filed January 29, 2007; Docket #21] is **granted.**  The deadline to join parties and amend pleadings in this action is up to and including March 1, 2007.