IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01582-PSF-MEH

SIMPSON HOUSING LLLP, a Delaware limited liability limited partnership;
SHLP HOLDINGS LLLP, f/k/a Simpson Housing Limited Partnership, L.L.L.P.,
   f/k/a Simpson Housing Limited Partnership, a Colorado limited liability limited
   partnership;
MOCKINGBIRD STATION PARTNERS, L.P., a Texas limited partnership; and
SIMPSON TEXAS FINANCING LIMITED PARTNERSHIP, a Texas limited partnership,

   Plaintiffs,

v.

UNDERWRITERS AT LLOYD'S, LONDON, Syndicate No. 623,
   a Colorado approved non-admitted insurer; and
BEAZLEY FURLONGE, LTD, an underwriter at Lloyd's London,

   Defendants.

## ORDER ON MOTION TO AMEND CAPTION AND SUBSTITUTE PARTIES

This matter comes before the Court on Defendants' Motion to Amend Caption and Substitute Parties (Dkt. # 24), filed on March 1, 2007.  Having reviewed the submissions of counsel and being fully advised, it is hereby ORDERED that defendants' motion is GRANTED IN PART and DENIED IN PART.

Defendants' Motion to Amend Caption as it pertains to Defendant Underwriters at Lloyd's, London, Syndicate No. 623 is GRANTED.  Accordingly, it is ORDERED that the case caption shall be amended to remove Underwriters at Lloyd's, London, Syndicate No. 623 as a defendant, and to substitute "Underwriters at Syndicate

Number 623 at Lloyd's of London subscribing to Employment Practices Liability Insurance Policy No. SE813770W" as a defendant.

Defendants' Motion to Amend Caption as it pertains to Defendant Beazley Furlonge, Ltd. is DENIED. Beazley Furlonge, Ltd. shall remain a named defendant in this action.

Defendants' request to be awarded attorneys' fees and costs associated with this motion is DENIED.

DATED: April 11, 2007.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge