IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01582-PSF-MEH

SIMPSON HOUSING LLLP, a Delaware limited liability limited partnership;
SHLP HOLDINGS LLLP, f/k/a Simpson Housing Limited Partnership, L.L.L.P.,
   f/k/a Simpson Housing Limited Partnership, a Colorado limited liability limited
   partnership;
MOCKINGBIRD STATION PARTNERS, L.P., a Texas limited partnership; and
SIMPSON TEXAS FINANCING LIMITED PARTNERSHIP, a Texas limited partnership,

      Plaintiffs,

v.

UNDERWRITERS AT SYNDICATE NUMBER 623 AT LLOYD'S OF LONDON
SUBSCRIBING TO EMPLOYMENT PRACTICES LIABILITY INSURANCE
POLICY NO. SE813770W; and
BEAZLEY FURLONGE, LTD, an underwriter at Lloyd's London,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2007.**

For good cause shown, the Joint Motion to Amend Scheduling Order to Extend Trial Preparation Deadlines [Filed April 17, 2007; Docket #35] is hereby **granted**. The following case management deadlines shall hereafter govern this case:

| | | |
|---|---|---|
| ! | Discovery Cutoff: | October 1, 2007 |
| ! | Dispositive Motion Deadline: | December 1, 2007 |
| ! | Expert Witness Disclosure: | August 1, 2007 |
| ! | Rebuttal Expert Witness Disclosure: | September 1, 2007 |

**Settlement Conference:**

A request to reschedule the settlement conference set in this matter for June 12, 2007, at 10:00 a.m. has not been made, and therefore, the conference remains on the Court's calendar. The conference will be held in Courtroom C203 on the second floor of the Byron G. Rogers United States Courthouse, located at 1929 Stout Street, Denver, Colorado. The parties are reminded of their obligation to supply the Court with their confidential settlement statements by no later than June 5, 2007. The confidential settlement statements shall be e:mailed to the Magistrate Judge (not submitted

for filing to the court) at Hegarty_Chambers@cod.uscourts.gov.  However, confidential settlement statements with attachments totaling over 15 pages shall be mailed or hand-delivered to Chambers at 1929 Stout Street, Rm C252, Denver, CO 80294.

**Final Pretrial Conference:**

Based upon the extension of the case management deadlines as set forth above, the Court *sua sponte* **vacates** the Final Pretrial Conference scheduled in this case for September 4, 2006, at 9:15 a.m., and **reschedules** it to January 7, 2008, at 9:30 a.m., in the United States Courthouse located at 1929 Stout Street, Courtroom C203, Denver, Colorado.

Lawyers whose offices are located outside of the Denver metropolitan area may appear at scheduling and pretrial conferences by telephone, if the original signed copy of the appropriate order has been submitted.  If appearance by telephone is desired, please notify Chambers at 303-844-4507.

The parties shall submit their proposed Final Pretrial Order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., no later than January 30, 2008.  The proposed Final Pretrial Order to be submitted to the Magistrate Judge under the ECF Procedures  must be submitted in a useable format (i.e., Word or WordPerfect only) and shall be e:mailed to the Magistrate Judge at Hegarty_Chambers@cod.uscourts.gov.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which can be found in the forms section of the court's website at www.co.uscourts.gov.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  *See* D.C.COLO.LCivR 83.2B.