IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01582-PSF-MEH

SIMPSON HOUSING LLLP, a Delaware limited liability limited partnership;
SHLP HOLDINGS LLLP, f/k/a Simpson Housing Limited Partnership, L.L.L.P.,
   f/k/a Simpson Housing Limited Partnership, a Colorado limited liability limited
   partnership;
MOCKINGBIRD STATION PARTNERS, L.P., a Texas limited partnership; and
SIMPSON TEXAS FINANCING LIMITED PARTNERSHIP, a Texas limited partnership,

      Plaintiffs,

v.

UNDERWRITERS AT SYNDICATE NUMBER 623 AT LLOYD'S OF LONDON
   SUBSCRIBING TO EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY
   NO. SE813770W, a Colorado approved non-admitted insurer; and
BEAZLEY FURLONGE, LTD, an underwriter at Lloyd's London,

      Defendants.

## ORDER GRANTING DISMISSAL

This matter is before the Court on the parties' Stipulated Motion for Dismissal With Prejudice (Dkt. # 49). The Court, being fully advised, hereby ORDERS that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

DATED: July 31, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge